UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH RUSH, *INDIVIDUALLY, AND AS MOTHER AND NATURAL GUARDIAN OF OLIVIA RUSH*, <br>     Plaintiff, <br><br> v. <br><br> 220 INGRAHAM OPERATING CORP. and TRYAD GROUP MANAGEMENT, LLC, <br>     Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> DOMINICK BOYD; ALICIA BROWN; KATE BOYD; BORN INTO THE ARTS; and B.I.A. STUDIOS, LLC, <br>     Third-Party Defendants | No. 5:17-cv-01293 |

## O R D E R

**AND NOW**, this 18th day of May, 2018, upon consideration of the pending Motion to Dismiss and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:** the Motion to Dismiss, ECF No. 7, is **GRANTED in part and DENIED in part** as follows:

    1. The Motion to Dismiss is granted as to the breach of contract claim and negligent retention claim, and Counts One and Four are **DISMISSED with prejudice**.

    2. The Motion to Dismiss is denied as to the claim for punitive damages in Count Three.

                                                                         BY THE COURT:


                                                                     */s/ Joseph F. Leeson, Jr.*_____
                                                                     JOSEPH F. LEESON, JR.
                                                                       United States District Court